FILED

05/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0346

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0346

MATTHEW RYAN AILER,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including June 16, 2023, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 11 2023